# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Milton Gibbs                                   CHAPTER 13

                Debtor(s)

                                            BKY. NO. 22-10565 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
11 Mar 2022, 10:18:21, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322