UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             *   CHAPTER 13
MILTON GIBBS                       *   BANKRUPTCY NO. 22-10565
      Debtor

## CERTIFICATE OF SERVICE

    I, Kenneth G. Harrison, Esquire, do hereby certify that on July 1, 2022 I mailed to all interested parties a copy of the Amended Chapter 13 Plan, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

    /s/ Kenneth G. Harrison
    Kenneth G. Harrison, Esquire
    Five Neshaminy Interplex Suite 115
    Trevose, PA 19053
    (215) 447-3149

Abramson & Denenberg, PC
1315 Walnut Street
Suite 500
Philadelphia, PA 19107


American Express
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Citidel FCU
520 Eagleview Blvd
ATTN: Collections
Exton, PA 19341


Citizens Bank
1 Citizens Bank Way
Mailstop JCA115
Johnston, RI 02919


Department Stores National Bank
c/o Quantum3 Group LLC
P.O. Box 657
Kirkland, WA 98083-0657


LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


PennyMac
P.O. Box 2410
Moorpark, CA 93020

PFFCU
3333 Street Road
Bensalem, PA 19020


Portfolio Recovery Services
P.O. Box 41067
Norfolk, VA 23541


Quantum3 Group LLC
agent for Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788


Squeeky Clean Services/Shamrock Construc
11 Gordon Lane
Glenside, PA 19038