**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-10565** |
| **Milton Gibbs** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * *** |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **September 6, 2022 at 10:30 a.m.** |
| **vs** | : | |
| | : | **Place of Hearing** |
| **Milton Gibbs** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Suite 400, Courtroom #2** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |
| | | **Related Document # 34** |

**ORDER OF COURT**

AND NOW, to wit, this 6th day of September 2022, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

Magdeline D. Coleman

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:
Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Kenneth G. Harrison, Attorney for Debtor, Law Office of Kenneth G. Harrison, Five Neshaminy Interplex, Suite 115, Trevose, PA 19053, kghesq@juno.com (notified by ecf)

Milton Gibbs, Debtor, 638 Keely Court, Philadelphia, PA 19128 (notified by regular US Mail)