UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          *      CHAPTER 13
MILTON GIBBS                    *      Bankruptcy No. 22-10565
              Debtor            *
```

## NOTICE OF APPLICATION FOR COUNSEL FEES

TO THE DEBTOR, TRUSTEE, ALL CREDITORS,
AND OTHER PARTIES IN INTEREST

    Pursuant to National Bankruptcy Rule 2002(a)(6) and Local Bankruptcy Rule 2002.1, you are hereby notified that counsel for the above listed debtor, Kenneth G. Harrison, Esquire, has filed an application for counsel fees in the following amounts:

Total Counsel Fee (exclusive of $318 filing fee)      $3,400.00

Amounts paid by debtors at time of filing petition:    1,782.00

Net amount to be paid by trustee under Chapter 13 Plan: 1,618.00

    You are further notified that any objection or request for hearing on that application must be filed with the United States Bankruptcy Clerk, 900 Market Street, Fourth Floor, Philadelphia, PA 19106 within twenty (20) days of service of this notice. A copy of any objection must be served upon counsel for the debtors and the standing Chapter 13 Trustee.

```
                                    s/s Kenneth G. Harrison
                                    Kenneth G. Harrison, Esquire
                                    Attorney for the Debtor
                                    Five Neshaminy Interplex
                                    Suite 115
                                    Trevose, PA 19053
                                    (215) 447-3149
```

```
Kenneth W. West, Esquire
Standing Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105                    Date: 09/29/2022
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          *     CHAPTER 13
MILTON GIBBS                    *     Bankruptcy No. 22-10565
                Debtor          *
```

**ORDER**

    AND NOW this _____ day of _____, 202_ , after reviewing the Application for Counsel fees and no objection being filed, it is hereby **ORDERED** and **DECREED**:

    Counsel fees in the total amount of $3,400.00 are hereby approved.

    Counsel shall be paid $1,618.00 as an administrative expense in the debtors Chapter 13 Plan, through the Standing Chapter 13 Trustee.

                                      _____
                                                                                  J.

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                            *    CHAPTER 13
MILTON GIBBS                      *    Bankruptcy No. 22-10565
                Debtor            *
```

## APPLICATION FOR COUNSEL FEES

KENNETH G. HARRISON, ESQUIRE, counsel for Debtor, hereby applies for the approval of attorney's fees with the unpaid balance to be paid through the debtor's Chapter 13 Plan.

1. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on March 4, 2022.

2. The debtor's annualized current monthly income as set forth on Form 122C-1 is:

    __X__    above median (the amount on line 20c is not less than the amount on line 20b)

    _____    below median (the amount on line 20c is less than the amount on line 20b)

3. All services rendered for which compensation is requested were performed on behalf of the debtor, the services were actual and necessary and the compensation requested for those services is reasonable.

4. Applicant requests an award of compensation of $3,400.00 for providing the following services:

    Interview and investigation of facts.

    Counseling and alternative remedies available and consequences of bankruptcy.

    Preparation and filing of Chapter 13 statement, Chapter 13 Plan, and other initial papers.

    Attendance at the First Meeting of Creditors.

    Amendment to Chapter 13 schedules, plan and other documents, if needed.

    Attendance at the Confirmation Hearing(s).

    Representation with creditors.

    Counseling and advice by telephone and conferences with client during and after the case.

5.   The Debtor paid Applicant $1,782.00 prior to the filing of the Petition.

6.   A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P.2016(b) is attached hereto as Exhibit "A".

7.   None of the compensation paid to the applicant will be shared with any person other than a member or regular associated of applicant's law firm unless 11 U.S.C. §504(c) applies.

   WHEREFORE, Applicant requests an award of $3,400.00 in compensation and an Order directing the payment of $1,618.00 to the undersigned counsel for debtor as an administrative expense in the debtor's Chapter 13 Plan.

                              s/s Kenneth G. Harrison
                              KENNETH G. HARRISON, ESQUIRE
                              Five Neshaminy Interplex, Suite 115
                              Trevose, PA 19053
                              Phone No.:  215-447-3149
                              Fax No.:    215-244-7877