UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | * | CHAPTER 13 |
|---|---|---|
| MILTON GIBBS | * | BANKRUPTCY NO. 22-10565 |
| Debtor | | |

### CERTIFICATE OF SERVICE

    I, Kenneth G. Harrison, Esquire, do hereby certify that on September 29, 2022, I mailed to all interested parties a copy of the Application for Counsel Fees, Notice of Application for Counsel Fees and proposed order, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

/s/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149

Abramson & Denenberg, PC
1315 Walnut Street
Suite 500
Philadelphia, PA 19107


American Express
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Citidel FCU
520 Eagleview Blvd
ATTN: Collections
Exton, PA 19341


Citizens Bank
1 Citizens Bank Way
Mailstop JCA115
Johnston, RI 02919


Department Stores National Bank
c/o Quantum3 Group LLC
P.O. Box 657
Kirkland, WA 98083-0657


JP Morgan Chase Bank
National Bankruptcy Dept
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505


LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

```
PennyMac
P.O. Box 2410
Moorpark, CA 93020



PFFCU
3333 Street Road
Bensalem, PA 19020



Portfolio Recovery Services
P.O. Box 41067
Norfolk, VA 23541



Quantum3 Group LLC
agent for Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788



Squeeky Clean Services/Shamrock Construc
11 Gordon Lane
Glenside, PA 19038


Kenneth W. West, Esquire
Standing Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
```