UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          *      CHAPTER 13
MILTON GIBBS                    *      Bankruptcy No. 22-10565
                   Debtor       *

**NOTICE OF APPLICATION FOR COUNSEL FEES**

TO THE DEBTOR, TRUSTEE, ALL CREDITORS,
AND OTHER PARTIES IN INTEREST

Pursuant to National Bankruptcy Rule 2002(a)(6) and Local Bankruptcy Rule 2002.1, you are hereby notified that counsel for the above listed debtor, Kenneth G. Harrison, Esquire, has filed an application for counsel fees in the following amounts:

Total Counsel Fee (exclusive of $318 filing fee)      $3,400.00

Amounts paid by debtors at time of filing petition:      1,782.00

Net amount to be paid by trustee under Chapter 13 Plan: 1,618.00

You are further notified that any objection or request for hearing on that application must be filed with the United States Bankruptcy Clerk, 900 Market Street, Fourth Floor, Philadelphia, PA 19106 within twenty (20) days of service of this notice.  A copy of any objection must be served upon counsel for the debtors and the standing Chapter 13 Trustee.

                                    s/s Kenneth G. Harrison
                                    Kenneth G. Harrison, Esquire
                                    Attorney for the Debtor
                                    Five Neshaminy Interplex
                                    Suite 115
                                    Trevose, PA 19053
                                    (215) 447-3149

Kenneth W. West, Esquire
Standing Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105                      Date: 09/29/2022