United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-10565-mdc
Milton Gibbs     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 29, 2022     Form ID: 155     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milton Gibbs, 638 Keely Court, Philadelphia, PA 19128-2979 |
| 14690135 | + | Abramson & Denenberg, P.C., 1315 Walnut Street, Suite 500, Philadelphia, PA 19107-4705 |
| 14674245 | + | Bloomingdale's, Bankruptcy Processing, P.O. Box 6786, Sioux Falls, SD 57117-6786 |
| 14676726 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, Exton, PA 19341-1119 |
| 14674248 | | Helzberg Diamonds/Comenity Capital Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14702130 | + | Kenneth G. Harrison, Esquire, Five Neshaminy Interplex, Suite 115, Trevose, PA 19053-6967 |
| 14674249 | | Macy, Bankruptcy Processing, P.O. Box 6786, Sioux Falls, SD 57117-6786 |
| 14674250 | + | PFFCU, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14683715 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14674243 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2022 23:56:35 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14681096 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2022 23:56:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14674244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 00:18:31 | Best Buy, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14678172 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 29 2022 23:51:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14674246 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 29 2022 23:51:00 | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14674247 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2022 23:56:35 | Crate&Barrel /Synchrony Bank, ATTN: Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14686608 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2022 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14678815 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2022 23:56:34 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14678020 | | Email/Text: amps@manleydeas.com | Sep 29 2022 23:51:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14686741 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14675524 | ^ | MEBN | Sep 29 2022 23:50:10 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2022 | Form ID: 155 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14685848 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 29 2022 23:56:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14685021 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Sep 29 2022 23:56:39 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14688874 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 29 2022 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14674293 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 29 2022 23:56:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14681097 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH G. HARRISON | on behalf of Debtor Milton Gibbs kghesq@juno.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Milton Gibbs
      Debtor(s)                                      Chapter: 13

                                                              Bankruptcy No: 22−10565−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this September 29, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                     Magdeline D. Coleman
                                                     Chief Judge ,
                                                     United States Bankruptcy Court

                                                                            46 − 10
                                                                            Form 155