UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          *       CHAPTER 13
MILTON GIBBS                    *       Bankruptcy No. 22-10565
              Debtor            *
```

### ORDER

AND NOW this __16th__ day of _____November_____ 2022, after reviewing the Application for Counsel fees and no objection being filed, it is hereby **ORDERED** and **DECREED**:

Counsel fees in the total amount of $3,400.00 are hereby approved.

Counsel shall be paid $1,618.00 as an administrative expense in the debtors Chapter 13 Plan, through the Standing Chapter 13 Trustee.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE