Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1   Milton Gibbs

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   22-10565 MDC

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: PENNYMAC LOAN SERVICES, LLC**

**Court claim no**. (if known): <u>8</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>7376</u>

**Date of payment change:**
Must be at least 21 days after date of this notice    <u>04/01/2023</u>

**New total payment:**    $<u>2139.05</u>
Principal, interest, and escrow, if any

---

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>642.21</u>        **New escrow payment:** $ <u>685.71</u>

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %        **New interest rate:** _____ %

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____        **New mortgage payment:** $_____

---

Document ID: 7e252eebd122566e76abd284c9147f53c4ff48596e858b386bc997b9757f0df8

| Debtor(s) | <u>Milton</u> | <u>Gibbs</u> | Case number (*if known*)  22-10565 MDC |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗** /s/ *Michael Farrington*                                    Date    02/16/2023
      Signature
**Print:** Michael Farrington
      16 Feb 2023, 16:53:45, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>        <u>Market Street, Suite 5000</u>
      Number          Street
      Philadelphia,                    PA    19106

      City                      State      ZIP Code

Contact phone   (215) 627–1322                Email <u>bkgroup@kmllawgroup.com</u>

---

Document ID: 7e252eebd122566e76abd284c9147f53c4ff48596e858b386bc997b9757f0df8