# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Milton Gibbs<br>Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>Movant<br>vs.<br><br>Milton Gibbs<br>Debtor(s)<br><br>Kenneth E. West,<br>Trustee | BK NO. 22-10565 MDC<br><br>Chapter 13<br><br>Related to Claim No. 8 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 27, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Milton Gibbs
638 Keely Court
Philadelphia, PA 19128

Attorney for Debtor(s)
Kenneth G. Harrison, Esq.
Law Office of Kenneth G. Harrison
Five Neshaminy Interplex, Suite 115
Trevose, PA 19053

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: February 27, 2023

/s/Michael P. Farrington Esq.
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com